**RECEiVED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE ___9___, _20_, _05_
BY _____Dm_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-50046 |
| versus | JUDGE STAGG |
| DERRICK L. FIELDS | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress is **DENIED**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 19th day of September, 2005.

TOM STAGG
UNITED STATES DISTRICT JUDGE