RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE 2/13/07

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus

DERRICK L. FIELDS

CRIMINAL NO. 05-50046
JUDGE TOM STAGG

## O R D E R

Before the court is a motion to proceed in forma pauperis on appeal filed by pro se petitioner Derrick L. Fields ("Fields"). See Record Document 69. After reviewing the record, the court finds that Fields has failed to fully comply with the requirements set forth in 28 U.S.C. § 1915. Section 1915 provides that a prisoner seeking to appeal a judgment of the district court without prepayment of fees shall submit:

1. An affidavit that includes a statement of all assets he possesses;

2. A certified copy of his prisoner account statement for the preceding six months, obtained from the appropriate official at the prison or correctional facility; and

3. A signed form authorizing the institution of incarceration to forward from his account to the Clerk of Court any partial filing fee assessed by

the court and to forward monthly payments thereafter of twenty percent of the prisoner's preceding month's income credited to his prison account until the full amount of the filing fee is paid.

Included in Fields's motion is a financial declaration, however it fails to specify the monthly wages he receives from his institution of incarceration. In addition, although Fields represents that a certified copy of his trust fund account statement for the preceding six months is attached to his motion, this document is absent from his filings. Only after receiving this additional information and determining that Fields is unable to pay the full filing fee will the court allow him to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Fields shall submit, within twenty days of the date of this order, an updated and complete affidavit of the assets he possesses and a certified copy of his prisoner account statement for the preceding six months, obtained from the appropriate official at the prison or correctional facility. Failure to do so may result in dismissal of Fields's appeal or other appropriate sanctions.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 13th day of February, 2007.

JUDGE TOM STAGG