RECEIVED
SDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
SHREVEPORT, LOUISIANA
DATE __3/ 1 07__

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

---

UNITED STATES OF AMERICA

versus

DERRICK L. FIELDS

CRIMINAL NO. 05-50046
JUDGE TOM STAGG

---

## O R D E R

Before the court is an "Affidavit To Proceed In *Forma Pauperis*" filed by pro se petitioner Derrick L. Fields ("Fields"). See Record Document 71. This affidavit supplements Fields's previously filed motion to proceed in forma pauperis on appeal (Record Document 69). After reviewing the record, the court finds that Fields has again failed to fully comply with the requirements set forth in 28 U.S.C. § 1915. As the court specifically noted in its last ruling on this issue, Fields's financial declaration fails to specify the monthly wages he receives from his institution of incarceration. Second, he failed to sign his affidavit. Third, his prisoner account statement lacks the signature of an authorized officer, which is a necessity. Accordingly,

**IT IS ORDERED** that Fields shall submit, within twenty days of the date of this order, an updated and **complete** in forma pauperis application. Failure to do so

may result in dismissal of Fields's appeal or other appropriate sanctions.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 1st day of

March, 2007.

JUDGE TOM STAGG